UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00351-MOC-DLH

| | | |
|---|---|---|
| TAMMY MCABEE<br>CHERYL CELESTE KENYON, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| Vs. | )<br>) | ORDER |
| FNU JACKSON<br>NORTH CAROLINA DEPARTMENT OF<br>PUBLIC SAFETY<br>JIMMY LEE BRANCH<br>TABITHA BATES, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant North Carolina Department of Public Safety's ("NCDPS") Motion to Dismiss. In their Response (#17), plaintiffs concede that Defendant NCDPS is entitled to the relief it seeks. Having considered NCDPS's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant North Carolina Department of Public Safety's Motion to Dismiss (#12) is **GRANTED**, and the claims asserted against such defendant in the Complaint are **DISMISSED** for the reasons provided in the NCDPS's Memorandum of Law in Support (#13). Defendant North Carolina Department of Public Safety is **TERMINATED** as a party defendant to this action.

Signed: April 23, 2018



Max O. Cogburn Jr.
United States District Judge