```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 351
```

| | |
|---|---|
| CHERYL CELESTE KENYON, f/k/a CHERYL PORTER; TAMMY MCABEE,       Plaintiff, v. JIMMY LEE BRANCH, *in his individual Capacity as employee of the North Carolina Department of Public Safety;* TABITHA BATES, *in her individual Capacity as employee of the North Carolina Department of Public Safety*; MS. JACKSON, *In her individual capacity as Superintendent / Warden of Swannanoa Correctional Center for Women,*       **Defendants.** | ORDER |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Plaintiffs' counsel, Aaron Mayer (Doc. 28).

In the Motion, Mr. Mayer states that his South Carolina bar license "was placed on interim suspension" on or about August 21, 2018. The Motion further states that "there has been no discipline of Mr. Mayer, but his license remains suspended and he is locked out of his bank accounts." Id. at 1. Mr. Mayer filed a similar motion in case #1:17-CV-350.

On January 11, 2019, a notice was issued by the Clerk of Court scheduling a hearing on the Motion for January 31, 2019.

A party in Mr. Mayer's other case filed a response in opposition, see case # 1:17-CV-350, (Doc. 43), which contained additional information relevant to the pending motion, including that Mr. Mayer's license to practice law South Carolina has been suspended and that Peyre Thomas Lumpkin, Esq., has been appointed as a receiver "to assume responsibility for [Mr. Mayer's] client files…" and to "protect the interests of [Mr. Mayer's] clients." Matter of Mayer, 424 S.C. 277, 278 (2018).

Accordingly, attorney Aaron Mayer is hereby **DIRECTED** to provide Plaintiffs and Peyre Thomas Lumpkin with notice of the hearing that has been scheduled in this matter for January 31, 2019 and to provide each of them with a copy of this Order.

Signed: January 17, 2019

W. Carleton Metcalf
United States Magistrate Judge