IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 351

| | |
|---|---|
| CHERYL CELESTE KENYON, f/k/a CHERYL PORTER; and TAMMY MCABEE, <br><br> Plaintiffs, <br> v. <br> JIMMY LEE BRANCH, in his individual capacity as employee of the North Carolina Department of Public Safety; FNU JACKSON, in her individual capacity as Superintendent / Warden of Swannanoa Correctional Center for Women; and TABITHA BATES, in her individual capacity as employee of the North Carolina Department of Public Safety; <br><br> Defendants. | ORDER |

This matter is before the Court on Defendants' "Motion to Excuse Defendants from Attendance at Private Mediation Conference" (Doc. 43).

Having considered the Motion, the Court does not find that Defendants should be excused from participating entirely in the mediated settlement conference scheduled for August 1, 2019. Defendants, however, will be allowed to participate by telephone.

Accordingly, Defendants' "Motion to Excuse Defendants from Attendance at Private Mediation Conference" (Doc. 43) is **GRANTED IN**

PART. The individual Defendants shall participate in the settlement conference but are permitted to do so by telephone until the conclusion of the conference or otherwise until released by the mediator.

Signed: July 29, 2019

W. Carleton Metcalf
United States Magistrate Judge